# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LEE CARTER, | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 22-0110-KD-MU |
| REOSHA BUTLER, | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 21, 2022 (doc. 10) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 18th day of November 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE